\02_A\LIAB\JPG\LLPG\212087\LYR\04108\00324
**MARSHALL, DENNEHEY, WARNER,**
**COLEMAN & GOGGIN**
**BY:** Joseph J. Santarone, Jr., Esquire
ID# 45723
Suite 1002, One Montgomery Plaza
Norristown, PA 19401
(610) 292-4444

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW JOHN FISHER, SETH ROSENBERG, By his next friend, Ira Rosenberg, JAMES WALTON | : CIVIL ACTION NO: 02-CV-4007 : : |
| V. | : : |
| BOROUGH OF DOYLESTOWN, POLICE OFFICER JEROLD BREDOW, ind. and as Police Officer of the Borough of Doylestown, ROBERT WELCH | : : : |

### CERTIFICATE OF SERVICE

I, JOSEPH J. SANTARONE, JR., ESQUIRE, being duly sworn according to law, hereby certify that Pretrial Memorandum of Defendants, Borough of Doylestown and Police Officer Jerold Bredow was forwarded to all counsel of record on the below listed date and was sent via first class mail, postage prepaid to the last known address of other parties or their representatives.

| | |
|---|---|
| Michael Schwartz, Esquire | Ted D. Broom, Esquire |
| JAMES, JARRETT & SCHWARTZ | FRANCIS R. GARTNER & ASSOCIATES |
| Stephen Girard Building | Union Meeting III, Suite 215 |
| 21 South 12th Street, 9th Fl. | 960-B Harvest Drive |
| Philadelphia, PA 19107 | Blue Bell, PA 19422-1969 |

                              MARSHALL, DENNEHEY, WARNER,
                              COLEMAN & GOGGIN


BY: _____
           JOSEPH J. SANTARONE, JR., ESQUIRE
           Attorney for Defendants

DATE: _____