IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW JOHN FISHER, SETH ROSENBERG, by his next friend Ira Rosenberg, JAMES WALTON, | : : : : | CIVIL ACTION No. 02-CV-4007 |
| Plaintiffs, | : : | |
| v. | : : | JUDGE HERBERT J. HUTTON |
| BOROUGH OF DOYLESTOWN, POLICE OFFICER JEROLD BREDOW, individually and as a police officer of the Borough of Doylestown, ROBERT WELCH, | : : : : : : | |
| Defendants. | : : | |

## STIPULATION

It is hereby stipulated, by and between counsel for Plaintiffs and counsel for Defendant Bredow that Plaintiffs shall have a one-week extension for filing of responses to Defendants' two Motions *In Limine*, filed on January 7, 2004, and, accordingly, Plaintiffs' responses to said Motions shall be due on or before January 28, 2004.


s/ Jonathan H. Feinberg                    /s Joseph J. Santarone, Jr.
Jonathan H. Feinberg                       Joseph J. Santarone, Jr.
*Counsel for Plaintiffs*                   *Counsel for Defendant Bredow*


**APPROVED BY THE COURT:**


_____
**HERBERT J. HUTTON, J.**