IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MATTHEW JOHN FISHER ET AL            :

    vs.                              :        Civil Action

                                     :        No. 02-4007
BOROUGH OF DOYLESTOWN ET AL

### **O R D E R**

**AND NOW**, this 29th day of January, 2004, it having been reported that the issues between **Matthew John Fisher et al and Robert Welch** have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that this action is DISMISSED with prejudice, pursuant to agreement of counsel without costs except as provided by Local Rule 54.1(d), as to the above named parties only.

ATTEST:                               or       BY THE COURT:

BY:_____            _____
    Stephen J. Iannacone

    Deputy Clerk

Civ 12 (9/83)
41(b)pty