IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW JOHN FISHER, SETH ROSENBERG, by his next friend Ira Rosenberg, JAMES WALTON,** | : : : : | **CIVIL ACTION** No. 02-CV-4007 |
| Plaintiffs, | : : | |
| v. | : : | **JUDGE HERBERT J. HUTTON** |
| **BOROUGH OF DOYLESTOWN, POLICE OFFICER JEROLD BREDOW, individually and as a police officer of the Borough of Doylestown, ROBERT WELCH,** | : : : : : : | |
| Defendants. | : : | |

## PLAINTIFFS' PROPOSED JURY VERDICT FORM

**Federal Claims**

1. Did defendant Bredow arrest plaintiff Matthew Fisher without probable cause in violation of his constitutional rights?

    _____  YES            _____  NO

2. If you answered "YES" to questions 1, what amount do you award Matthew Fisher as compensatory damages?

    Answer in dollars or NONE.  _____.

3. Did defendant Bredow arrest plaintiff Seth Rosenberg without probable cause in violation of his constitutional rights?

    _____  YES            _____  NO

4. If you answered "YES" to questions 3, what amount do you award Seth Rosenberg as compensatory damages?

    Answer in dollars or NONE.  _____.

5. Did defendant Bredow arrest plaintiff James Walton without probable cause in violation of his constitutional rights?

    _____ YES         _____ NO

6. If you answered "YES" to questions 5, what amount do you award James Walton as compensatory damages?

    Answer in dollars or NONE.   _____.

**State Claims**

7. Did defendant Bredow falsely arrest plaintiff Matthew Fisher?

    _____ YES         _____ NO

8. If you answered "YES" to questions 7, what amount do you award Matthew Fisher as compensatory damages?

    Answer in dollars or NONE.   _____.

9. Did defendant Bredow falsely arrest plaintiff Seth Rosenberg?

    _____ YES         _____ NO

10. If you answered "YES" to questions 9, what amount do you award Seth Rosenberg as compensatory damages?

    Answer in dollars or NONE.   _____.

11. Did defendant Bredow falsely arrest plaintiff James Walton?

    _____ YES         _____ NO

12. If you answered "YES" to questions 11, what amount do you award James Walton as compensatory damages?

    Answer in dollars or NONE.   _____.

13. Did defendant Bredow maliciously prosecute plaintiff Matthew Fisher?

    _____ YES          _____ NO

14. If you answered "YES" to questions 12, what amount do you award Matthew Fisher as compensatory damages?

    Answer in dollars or NONE.   _____.

15. Did defendant Bredow maliciously prosecute plaintiff Seth Rosenberg?

    _____ YES          _____ NO

16. If you answered "YES" to questions 15, what amount do you award Seth Rosenberg as compensatory damages?

    Answer in dollars or NONE.   _____.

17. Did defendant Bredow maliciously prosecute plaintiff James Walton?

    _____ YES          _____ NO

18. If you answered "YES" to questions 17, what amount do you award James Walton as compensatory damages?

    Answer in dollars or NONE.   _____.

19. Did defendant Bredow assault plaintiff Matthew Fisher?

    _____ YES          _____ NO

20. Did defendant Bredow commit a battery on plaintiff Matthew Fisher?

    _____ YES          _____ NO

21. If you answered "YES" to questions 19-20, what amount do you award Matthew Fisher as compensatory damages?

    Answer in dollars or NONE.   _____.

22. Did defendant Bredow assault plaintiff Seth Rosenberg?

    _____ YES             _____ NO

23. Did defendant Bredow commit a battery on plaintiff Seth Rosenberg?

    _____ YES             _____ NO

24. If you answered "YES" to questions 22-23, what amount do you award Seth Rosenberg as compensatory damages?

    Answer in dollars or NONE.   _____.

25. Did defendant Bredow assault plaintiff James Walton?

    _____ YES             _____ NO

26. Did defendant Bredow commit a battery on plaintiff James Walton?

    _____ YES             _____ NO

27. If you answered "YES" to questions 25-26, what amount do you award James Walton as compensatory damages?

    Answer in dollars or NONE.   _____.

                                    Respectfully submitted,


DATE: February 6, 2004              /s Michael C. Schwartz
                                    I.D. No. 39475
                                    JAMES, JARRETT & SCHWARTZ, P. C.
                                    21 South 12th Street – 9th Floor
                                    Philadelphia, PA 19107
                                    (215) 751-9865
                                    (215) 751-0658

4

**CERTIFICATE OF SERVICE**

    I, Michael C. Schwartz, hereby certify that, on February 6, 2004, the foregoing Plaintiffs' Pretrial Memorandum was filed electronically, and that copies of said filings were served via first-class U.S. Mail upon counsel for Defendant Bredow:

> Joseph J. Santarone, Jr., Esquire
> Marshall Dennehey Warner Coleman & Goggin
> One Montgomery Plaza, Ste. 1002
> Norristown, PA  19401

                                              /s Michael C. Schwartz