IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW JOHN FISHER,** | : | **CIVIL ACTION** |
| **SETH ROSENBERG, AND** | : | |
| **JAMES WALTON** | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| **BOROUGH OF DOYLESTOWN,** | : | |
| **JEROLD BREDOW, AND** | : | |
| **ROBERT WELCH,** | : | |
| Defendants. | : | No. 02-4007 |

## NOTICE

The final pretrial conference in the above matter has been changed from January 13, 2005 at 2:00 p.m. to Monday, February 14, 2005 at 2:30 p.m. in Chambers.

This matter will now be placed in the trial pool for February 22, 2005 instead of January 18, 2005.

 

_____
Rose A. Barber
Civil Deputy Clerk
267-299-7352

Copies forwarded to:
David Rudovsky
Jonathan H. Feinberg
Michael C. Schwartz
John P. Gonzales
Joseph J. Santarone, Jr.