IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW JOHN FISHER,** | : | **CIVIL ACTION** |
| **SETH ROSENBERG, AND** | : | |
| **JAMES WALTON** | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| **BOROUGH OF DOYLESTOWN,** | : | |
| **AND JEROLD BREDOW** | : | |
| Defendants. | : | **NO. 02-4007** |

## O R D E R

**AND NOW, TO WIT:** This 24TH day of January, 2005, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY:_____
Rose A. Barber
Deputy Clerk
267-299-7352

Copies sent to:
John P. Gonzales, Esquire
Michael C. Schwartz, Esquire
David Rudovsky, Esquire
Jonathan H. Feinberg, Esquire
Joseph J. Santarone, Jr., Esquire